**Michael David MELTON,**
**Plaintiff-Appellee**

v.

**Kelly D. PHILLIPS, Defendant-Appellant**

**No. 15-10604**

United States Court of Appeals,
Fifth Circuit.

February 15, 2017

Jason Andrew Duff, Law Office of Jason Duff, Greenville, TX, for Plaintiff-Appellee.

Robert Scott Davis, Esq., Flowers Davis, P.L.L.C., David Ryan Herring Iglesias, Hampe & Iglesias, P.L.L.C., Tyler, TX, for Defendant-Appellant.

Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.